UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | | |
|---|---|---|
| JAMES JOSEPH KRIVACSKA, | : | |
| Petitioner, | : | Civil Action No. 11-3729 (FLW) |
| v. | : | |
| GARY LANIGAN, | : | **MEMORANDUM OPINION AND ORDER** |
| Respondent. | : | |

---

This matter comes before the Court upon Petitioner's Motion for Reconsideration, see Docket Entry No. 37, from this Court's decision, see Docket Entry No. 36, and renewed Motion for Leave to File In Forma Pauperis, see Docket Entry No. 38, and it appearing that:

1.  By Memorandum Opinion and Order dated December 18, 2012, this Court denied Petitioner's Motion for leave to appeal in forma pauperis, Docket Entry No. 30. See Docket Entry No. 36.

2.  Petitioner then filed his Motion for Reconsideration and his renewed Motion for Leave to File In Forma Pauperis on January 2, 2013. See Docket Entry Nos. 37 and 38.

3.  On February 22, 2013, the United States Court of Appeals For the Third Circuit issued an order denying Petitioner's application for a certificate of appealability (COA) with respect to this matter. See Docket Entry No. 39.

4.  Accordingly, Petitioner's Motion for Reconsideration and his renewed Motion for Leave to File In Forma Pauperis are rendered moot by the Third Circuit decision denying a COA in this matter.

IT IS, therefore, on this 10th day of May, 2013,

ORDERED that the Clerk shall reopen this matter for the purposes of this Court's examination of Petitioner's motions, Docket Entry Nos. 37 & 38; and it is further

ORDERED that Petitioner's Motion for Reconsideration, Docket Entry No. 37, is DENIED as moot; and it is further

ORDERED that Petitioner's renewed Motion for Leave to File In Forma Pauperis, Docket Entry No. 38, is DENIED as moot; and it is further

ORDERED that the Clerk shall close the file on this matter by making a new and separate entry on the docket reading, "CIVIL CASE TERMINATED."

s/Freda L. Wolfson
**Freda L. Wolfson, U.S.D.J**